Name: Michael H. Vartanian
Address: 93 Ridgeview Avenue
San Jose, California 95127
Phone Number: (408) 748-4038
E-mail Address: michael.h.vartanian@gmail.com
*Pro Se*

RECEIVED
FEB ~~~~ 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Michael H. Vartanian

　　　　　　Plaintiff,

vs.

State Bar of California, et al.

　　　　　　Defendant.

Case Number: CV 18 0826 ~~SVK~~ EJD

~~[PROPOSED]~~ ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: February 12, 2018

_____
United States District/Magistrate Judge