UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL H. VARTANIAN,<br>Plaintiff,<br>v.<br>THE STATE BAR OF CALIFORNIA, et al.,<br>Defendants. | Case No. 5:18-cv-00826-EJD<br><br>**JUDGMENT** |

Defendants' Motions to Dismiss having been granted and all claims having been dismissed with prejudice;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: June 6, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-00826-EJD
JUDGMENT

1